FILED
2009 Sep-29 PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH ALLEN HENDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **2:09-CV-1661-VEH-JEO** |
| ) | |
| **KILBY MEDICAL STAFF, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The magistrate judge filed a report and recommendation on September 3, 2009, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No response had been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** this the 29th day of September, 2009.

                                                      **VIRGINIA EMERSON HOPKINS**
                                                      United States District Judge